UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                               **APPEARANCE**

       v.

                               **CASE NUMBER:**

HENRY P. STEENECK,                         **07MJ1121**

           Defendant.
-----------------------------------------------------------X

      To the Clerk of this Court and all parties of record:

      Enter our appearance as counsel in this case for Bernard Beebe.

      We certify that we are admitted to practice in this Court.

Dated: July 16, 2007

                                _____
                                GARY GREENWALD   GG4605
                                Greenwald Law Offices
                                99 Brookside Avenue
                                Chester, New York 10918
                                Tel: (845) 469-4900
                                Fax: (845) 469-2022

TO:   Clerk of the Court
        A.U.S.A. Richard Tarlowe