ORIGINAL

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - -x
                                  :
UNITED STATES OF AMERICA          :
                                  :
           - v. -                 :    INDICTMENT
                                  :
HENRY P. STEENECK,                :    07 CRIM 929
                                  :
           Defendant.             :
                                  :
- - - - - - - - - - - - - - - - -x

U.S. DISTRICT COURT FILED OCT 0 3 2007 S.D. W.P. OF N.Y.

## COUNT ONE

The Grand Jury charges:

1. On or about July 3, 2007, in the Southern District of New York, HENRY P. STEENECK, the defendant, unlawfully, willfully, and knowingly received and distributed material that contained child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, a computer file containing child pornography.

(Title 18, United States Code, Section 2252A(a)(2)(B).)

## COUNT TWO

The Grand Jury further charges:

2. On or about July 12, 2007, in the Southern District of New York, HENRY P. STEENECK, the defendant, unlawfully, willfully, and knowingly possessed a book, magazine, periodical, film, videotape, computer disk, and other material that contained images of child pornography that had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, and that was produced using materials that

had been mailed, and shipped and transported in interstate and foreign commerce by any means, including by computer, to wit, STEENECK possessed images of child pornography on the hard drive of his computer.

(Title 18, United States Code, Section 2252A(a)(5)(B).)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney