## GREENWALD LAW OFFICES

99 Brookside Avenue
Chester, New York 10918
(845) 469-4900 * Fax (845) 469-2022
Family Law Center Fax: (845) 469-1895
Toll Free: 1-866-GREENWALD
www.GreenwaldLaw.com

*Please Reply to Chester Office*

**MEMO ENDORSED**

October 19, 2007

Gary Greenwald *
Joanna C. Greenwald**
Joseph G. McKay
Marc R. Leffler ◊

Erno Poll
Benjamin Greenwald
Thomas C. Landrigan**
Jamie C. Greenwald
David L. Cove
William A. Frank
John A. McHught
Robert E. Noe
Anthony M. Di Filippo
Karen M. Alt ◊
Gary H. Forman**

David A. Brodsky, Of Counsel
Lisa M. Cobb, Of Counsel
Lynn M. Smookler, Of Counsel

Also Admitted To Practice In
* MA **NJ OCT †PA

Sullivan County
138 Sullivan Street
P.O. Box 266
Wurtsboro, NY 12790
(845) 888-2456
Fax: (845) 888-5606

New Jersey
PNC Bank Building
1 Garret Mountain Plaza - 6th Fl
West Paterson, NJ 07424
(973) 754-0031
Fax (973) 754-1331

James M. Neylon, Paralegal
(1934-1998)
Spencer M. McLaughlin, Esq.
(1945-2007)

**RECEIVED OCT 19 2007 CHAMBERS OF KENNETH M. KARAS U.S.D.J.**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

U. S. District Judge Kenneth M. Karas
U. S. Courthouse
300 Quarropas Street, Room 533
White Plains, New York 10601

Re:   <u>U.S. v. Henry P. Steeneck</u>
      07 Cr 929

Honorable Judge Karas:

    Sadly, I must report that on Thursday, October 18, 2007 between 4:30 and 5:00 p.m., I received a fax from Henry Steeneck, the father of my client, Henry P. Steeneck, indicating that he was not coming to the meeting scheduled for today's date at my office. Prior to going to court, Mr. Steeneck, in the presence of Mr. Devin, agreed to be in my office today at 10:00 a.m. He has now cancelled the meeting. I immediately faxed Mr. Steeneck a letter at his son Steven's residence, the only location where I am able to fax to Mr. Steeneck. I also called Mr. Steeneck's cell phone at approximately 8:00 p.m. Subsequently, today I received another fax which I have responded to.

    I advised Mr. Steeneck that if he is not in my office sometime today, it is my intention to seek to withdraw from my representation of his son.

    In addition, when I was in Court, I asked my client, Henry P. Steeneck, to call me. To date, I have not heard from him. For reasons that are not important to set forth in this letter and because I do not want to affect my client's proper representation, either legally or ethically, I am no longer able to represent Mr. Steeneck.

    I respectfully request that the Court put this matter on the calendar for next week at the Court's convenience, for the purpose of withdrawing as Mr. Steeneck's counsel, allowing Mr. Devin to continue and, if necessary, to hire additional co-counsel.

U. S. District Judge Kenneth M. Karas
Page 2
October 19, 2007

    I am in the process of copying the file. When and if the Court directs my appearance, it is my intention to give Mr. Devin the file, along with some MRIs that were requested by my client's father.

    I would greatly appreciate if this matter could be put on Your Honor's calendar at your earliest convenience.

Respectfully yours,

Gary Greenwald

GG/aak

cc: A.U.S.A. Richard Tarlowe
      C. J. Devin, Esq.
      Henry Steeneck
      Henry P. Steeneck, Westchester County Jail

*The Court will hold a conference on November 1, 2007, at 10:00.*

SO ORDERED
KENNETH M. KARAS, U.S.D.J.
10/23/07