# MANDATE

S.D.N.Y. 07 CR 929
~~07-mj-1121~~
Robinson, J.

## United States Court of Appeals
### FOR THE
### SECOND CIRCUIT



At a stated term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 2nd day of OCT., two thousand seven,

Present:

    Hon. Pierre N. Leval,
    Hon. Robert D. Sack,
                   *Circuit Judges*,
    Hon. Nicholas G. Garaufis,
                   *District Judge*.[1]

UNITED STATES OF AMERICA,

          *Appellee*,

    v.                                               07-3465-cr

HENRY STEENECK,

          *Defendant-Appellant*.

Appellant, through counsel, moves for conditional release before judgment of conviction pursuant to Fed. R. App. P. 9(a). IT IS HEREBY ORDERED that the motion is DENIED because the district court's finding that no condition or combination of conditions of release would reasonably assure both the appearance of the person as required and that he will not endanger the safety of any other

---

[1] The Hon. Nicholas G. Garaufis, of the United States District Court for the Eastern District of New York, sitting by designation.

A TRUE COPY
Catherine O'Hagan Wolfe, Clerk
by _____
DEPUTY CLERK

ISSUED AS MANDATE: 10/23/07

person or the community, *see* 18 U.S.C. § 3142, is not clearly erroneous, *see United States v. LaFontaine*, 210 F.3d 125, 130 (2d Cir. 2000).

FOR THE COURT:
CATHERINE O'HAGAN WOLFE, Clerk
by

Howard B. Zakai
Acting Motions Staff Attorney