*UNITED STATES DISTRICT COURT*
*SOUTHERN DISTRICT OF NEW YORK*

---

**UNITED STATES OF AMERICA**

**Vs**

HENRY P STEENCK

CASE# _07 cr 929 (KMK)_

## NOTICE OF APPEARANCE

---

To: **J. Michael McMahon,  Clerk of the Court.**

Sir:   You are hereby notified that I appear for the defendant indicated above in the entitled action

I am appearing in this action as _____ **CJA** ___✓__ **Retained** _____**Public Defender**

Admitted to practice in this court _____✓__**Yes** _____ **No** _____ **Pro Hac Vice**

Admission Month _____ Year_____.

I do hereby certify that I have filed, or will file a certificate of ***Good Standing*** from the
_Nov york_____ State Court, pursuant to **Criminal Rule 1** of the local rules for the
Southern and Eastern Districts of New York.

Dated: ~~OCTOBER~~ November 1, 2007 .
      White Plains, New York

Signature

Print the following information clearly

CHARLES J. DINN Jr.
Attorney to the Defendant

CHARLES J DINN Jr. ESQ.
Firm Name

2645 STRANG BLVD
Street Address

YORKTOWN HEIGHTS NY    10550
City                State      Zip

914 455 2909      914 455 2945
Telephone #         Fax #

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____