AO 98 (Rev. 8/85) Appearance Bond

# United States District Court

USDS SDNY
DOCUMENT
DOC #:
DATE FILED:

_Southern_ DISTRICT OF _New York_

UNITED STATES OF AMERICA

V.

_Henry P. Steenock_
Defendant

**APPEARANCE BOND**

CASE NUMBER: 07 Cr 929

Non-surety: I, the undersigned defendant acknowledge that I and my . . .
Surety: We, the undersigned, jointly and severally acknowledge that we and our . . .
personal representatives, jointly and severally, are bound to pay to the United States of America the sum of
$ _500,000_ , and there has been deposited in the Registry of the Court the sum of
$ _____ in cash or _____ (describe other security.)

The conditions of this bond are that the defendant _Henry P. Steenock_
(name)

is to appear before this court and at such other places as the defendant may be required to appear, in accordance with any and all orders and directions relating to the defendant's appearance in this case, including appearance for violation of a condition of defendant's release as may be ordered or notified by this court or any other United States district court to which the defendant may be held to answer or the cause transferred. The defendant is to abide by any judgment entered in such a matter by surrendering to serve any sentence imposed and obeying any order or direction in connection with such judgment.

It is agreed and understood that this is a continuing bond (including any proceeding on appeal or review) which shall continue until such time as the undersigned are exonerated.

If the defendant appears as ordered or notified and otherwise obeys and performs the foregoing conditions of this bond, then this bond is to be void, but if the defendant fails to obey or perform any of these conditions, payment of the amount of this bond shall be due forthwith. Forfeiture of this bond for any breach of its conditions may be declared by any United States district court having cognizance of the above entitled matter at the time of such breach and if the bond if forfeited and if the forfeiture is not set aside or remitted, judgment may be entered upon motion in such United States district court against each debtor jointly and severally for the amount above stated, together with interest and costs, and execution may be issued and payment secured as provided by the Federal Rules of Criminal Procedure and any other laws of the United States.

This bond is signed on _11/20/07_ at _U.S. District Court_
Date                    Place

Defendant. _[signature]_  Address. _Westchester County Jail, Valhalla, NY_
Surety. _[signature]_  Address. _2626 Old Yorktown Rd, Yorktown Hts, NY_
Surety. _[signature]_  Address _2616 Old Yorktown Rd, Yorktown Hts, NY_

Signed and acknowledged before me on _11/20/07_
Date

Judicial Officer/Clerk

Approved: _[signature]_
Judicial Officer

AO 98 (Rev. 8/85)

## JUSTIFICATION OF SURETIES

I, the undersigned surety, say that I reside at 2676 Old Yorktown Road, Yorktown Heights, NY, 10598 ; and that my net worth is the sum of five hundred thousand dollars ($ 500,000.00 ).

I further state that this property has no liens or incumbrances on it.

_Peggy C. Steinb_
Surety

Sworn to before me and subscribed in my presence on 11/28/07
Date

at US District Court White Plains
Place

Johnny Martinez - Deputy Clerk
Name and Title

_signed_
Signature of Judicial Officer/Clerk

---

I, the undersigned surety, state that I reside at 2676 Old Yorktown Road, Yorktown Heights, NY 10598 ; and that my net worth is the sum of five hundred thousand dollars ($ 500,000.00 ).

I further state that I further state same as above

_Henry F. Heeneck_
Surety

Sworn to before me and subscribed in my presence on 11/28/07
Date

at US District Court White Plains
Place

Johny Martinez - Deputy Clerk
Name and Title

_signed_
Signature of Judicial Officer/Clerk

Justification Approved: _KMK_ 11/28/07
Judicial Officer