# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

November 27th, 2007

NOV 27 2007

**MEMO ENDORSED**

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

By Fax only 914-390-4152

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: People v Henry P. Steeneck
    07 cr 929

Your Honor:

I have spoken with the office of Dr. Rosner, specifically an assistant named Gayle. She has informed me that Dr. Rosner has scheduled Mr. Steeneck for surgery this Friday, November 30th, 2007 beginning at 8:00 a.m. She further informed me that between now and the surgery, Mr. Steeneck will be going to the hospital for pre-operative tests and will forward to this office a schedule of same. Said schedule will then be provided to US Pretrial Services upon our receipt thereof, as has been previously during Mr. Steeneck's release.

Given the fact that Dr. Rosner indicated on the phone conference that two (2) to three (3) days post operative care in the hospital will be necessary following surgery, I respectfully request that Mr. Steeneck's release be extended until December 5th, 2007 at 12:00 p.m., subject to further application for medical necessity.

Dr. Rosner's office has promised a confirming letter today based, on my requests of yesterday and today, but, given the hour, I am making the application prior to receipt. I will forward Dr. Rosner's letter upon receipt.

I have explained by telephone the substance of this letter to Mr. Tarlowe, who has given the government's consent to the extension of Mr. Steeneck's release.

I have learned that Henry Steeneck, the Defendant's father, and his mother, Peggy Steeneck, need to sign the back of the surety bond. I have spoken with them and they will be at the Clerk's office tomorrow by 9:30 a.m. to sign same.

I am also making a request to extend the Defendant's time to file motions until December 15th, 2007, given his current health issues and the fact that I have yet had the opportunity to review certain evidence with him that is maintained at the US Attorney's office.

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

I again thank the Court for its consideration in the Defendant's circumstances and would like to thank your Honor's staff for their cooperation.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:  *AUSA Richard Tarlowe, by fax only 914-993-1980*
     *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

> The Clerk is directed to docket this letter and the attached letter from Dr. Posner.
>
> SO ORDERED
>
> KENNETH M. KARAS U.S.D.J.
> 11/28/07

## SARAN S. ROSNER, M.D., P.C.
### NEUROLOGICAL SURGERY
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666

November 27, 2007

To whom it may concern:

Mr. Henry Steeneck is under my medical care and supervision for an Arachnoid Cyst. During this week Mr. Henry Steeneck will need to be available to have his pre-op testing done before his surgery on November 30, 2007 at Hudson Valley Hopsital Center. He will also need to meet with Dr. Rosner on November 29, 2007 to review exactually what is involved in doing the surgery.

If you have any further questions please feel free to call. Thankyou.

Sincerely,

Saran Rosner, M.D.