FROM 9144552945                        (TUE)NOV 27 2007 16:53/ST. 16:52/No. 6810120815 P 2
NOV-27-2007 17:23  FROM:ROSNER MD & ROBBINS  7412869         TO:94552945          P.1

## SARAN S. ROSNER, M.D., P.C.
### NEUROLOGICAL SURGERY
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666



November 27, 2007

07cr 929 (KMK)

To whom it may concern:

   Mr. Henry Steeneck is under my medical care and supervision for an Arachnoid Cyst. During this week Mr. Henry Steeneck will need to be available to have his pre-op testing done before his surgery on November 30, 2007 at Hudson Valley Hopsital Center. He will also need to meet with Dr. Rosner on November 29, 2007 to review exactually what is involved in doing the surgery.

If you have any further questions please feel free to call. Thankyou.

Sincerely,

Saran Rosner, M.D.

