USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

DEC – 4 2007

December 4, 2007

**MEMO ENDORSED**

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

        Re:  **People v Henry P. Steeneck**
            *07 cr 929*

Your Honor,

    Mr. Steeenck underwent surgery on Friday November 30, 2007 at the Hudson Valley Hospital Center. Mr. Steeneck was released from Hudson Valley Hospital yesterday, December 3, 2007, in the late afternoon. I personally visited him at the hospital at the time when he was being discharged. As described by the Dr. Rosner, during his conference with the Court, Mr. Steeneck will be under Dr. Rosner's care for at least an additional week.

    As the Court may recall Dr. Rosner explained that Mr. Steeneck's post operative physical condition necessitates that he rest without physical activity or physical contact of any kind, a difficult measure to be guaranteed in a jail setting. I am again awaiting a confirming letter from Dr. Rosner. I respectfully request that Mr. Steeneck's release be extended until December 12, 2007 at 12:00 p.m.

    I have attempted this morning to contact AUSA Richard Tarlowe to review this application with him but was unable to reach him.

    I thank the Court for its consideration.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:   *AUSA Richard Tarlowe, by fax only 914-993-1980*
      *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*The Clerk is respectfully requested to docket this Letter, and the attached follow-up Letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
12/4/07

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

DEC - - 2007

December 4th, 2007

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

                                   Re: **People v Henry P. Steeneck**

Your Honor:

        I have just received a call from Richard Tarlowe who has given the government's consent to my application to extend Mr. Steeneck's release until Wednesday, December 12th, 2007.

        I thank the Court for its consideration.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:     *AUSA Richard Tarlowe, by fax only 914-993-1980*
         *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909