DEC-5-2007 17:10 FROM:ROSNER MD & ROBBINS 7412869 TO:94552945 P.2

**SARAN S. ROSNER, M.D., P.C.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666

**MEMO ENDORSED**

```
SDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

December 5, 2007

*[handwritten: S v Henry P. Steeneck
07 cr 929 (KMK)]*

Dear Judge Karas:

Mr. Henry Steeneck is in the peri-operative period following neurological surgery. Henry would be at a substantial risk for harm if he returned to prison at this time; he will be seen in follow-up in my office on Monday December 10th further recommendations made at that time.

Please do not hesitate to contact me at the number provided above if you have any questions.

Sincerely,

*[signature]*
Saran S. Rosner, M.D.

*[handwritten:]* The Clerk is respectfully requested to docket this letter.

SO ORDERED
*[signature]*
KENNETH M. KARAS U.S.D.J.
December 5, 2007