

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

DEC 2 6 2007

*United States Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

December 26, 2007

BY HAND

The Honorable Kenneth M. Karas
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

# MEMO ENDORSED

Re:    United States v. Henry P. Steeneck, 07 Cr. 929 (KMK)

Dear Judge Karas:

As the Court is aware, the above defendant was temporarily released on bail for medical reasons. Since the last conference on December 19, 2007, I have spoken to representatives of the medical staff at the Westchester County Correctional Center, as well as Mr. Steeneck's neurosurgeon, Dr. Saran Rosner. Based on those conversations and, in particular, Dr. Rosner's representations concerning the defendant's present medical needs, the Government consents to his continued release until January 24, 2008, subject to the same conditions of release presently in effect.

Accordingly, the parties jointly request that the Court adjourn the conference scheduled for December 27, 2007 until January 24, 2008. Mr. Diven, counsel for the defendant, has advised me that he consents to the exclusion of time until January 24, 2008 under the Speedy Trial Act, pursuant to Title 18, United States Code, Section 3161(h)(8)(A), in light of the defendant's need for continued medical treatment. In addition, Mr. Diven has agreed to keep the Government informed of the defendant's medical condition and treatment during this time.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Finally, in light of the Government's consent to the extension of the defendant's temporary release, Mr. Diven has advised that he wishes to defer temporarily his motion seeking vacatur of the order of detention.

Thank you for your consideration of this matter.

Respectfully submitted,

MICHAEL J. GARCIA
United States Attorney

By: _Richard Tarlowe_____

Richard C. Tarlowe
Assistant United States Attorney
(914) 993-1963

cc:    Charles J. Diven, Esq. (By facsimile)

THE CLERK OF COURT IS
RESPECTFULLY REQUESTED
TO DOCKET THIS LETTER.
Time is excluded until January 24, 2008

SO ORDERED

KENNETH M. KARAS U.S.D.J.

DECEMBER 27, 2007

2