USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-

HENRY P. STEENECK,

        Defendant.

---

Case No. 07-CR-929 (KMK)

FINAL AMENDED
ORDER OF TEMPORARY
RELEASE ON BAIL
FOR MEDICAL PURPOSES

KENNETH M. KARAS, District Judge:

On the basis of proceedings held today before the Court, it is:

ORDERED that, for the reasons stated on the record, Defendant's Motion for Release on Bail in Light of Changed Circumstances is DENIED; and it is further

ORDERED that counsel for Defendant and for the Government are directed to file on the Court's Electronic Case Filing (ECF) system the briefing on this Motion for which paper copies were provided to the Court in advance of today's hearing; and it is further

ORDERED that the Court's Seventh Amended Order of Temporary Release on Bail for Medical Purposes is extended until a new surrender date and time of Tuesday, February 12, 2008, at 2pm, with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

ORDERED that all obligations, responsibilities, bond agreements, and acknowledgment of advice of penalties and sanctions undertaken before the Court during its hearing on this matter on November 20, 2007, shall continue to apply to Defendant, Defendant's family members named in this Amended Order, and any other relevant persons during the pendency of this Amended Order; and it is further

ORDERED that the next Status Conference in this case is scheduled for Friday, February 15, 2008, at 4:00 p.m.; and it is further

ORDERED that time is excluded under the Speedy Trial Act through February 15, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:        February 8, 2008
              White Plains, New York

KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE