# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

**MEMO ENDORSED**

February 26, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: **United States v Henry P. Steeneck**

Your Honor:

    Consistent with the outline for treatment provided by Dr. Rosner during our telephone conference, a follow-up CT Scan has been scheduled for Mr. Steeneck at 2PM on February 27, 2008 at the Hudson Valley Hospital Center in Cortlandt Manor New York. Herewith, please find a letter from Dr. Rosner in confirmation as well as an appointment confirmation at the facility.

    I would therefore, respectfully request that an Order issue allowing for Mr. Steeneck's release on February 27, 2008 from 12:00PM to 4:00PM with the same conditions as set forth in the previous Order of medical release.

Sincerely,

Charles J. Diven, Jr., Esq.

cc:    *AUSA Richard Tarlowe, by fax only 914-993-1980*
        *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

The Clerk of Court is respectfully requested to docket this letter and its attachments.

SO ORDERED

KENNETH M. KARAS U.S.D.J.

DATED: February 26, 2008

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

# SARAN S. ROSNER, M.D., P.C.
## NEUROLOGICAL SURGERY
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666

February 22, 2008

Dear Judge Karas:

I re-programmed Mr. Steeneck's valve today. A follow-up CT scan of the head needs to be completed in 3 – 5 days, for reasons outlined to you earlier. This scan should be performed at Hudson Valley Hospital Center so that reliable comparison to previous studies can be made.

Your kind attention to this matter is appreciated.

Sincerely,

*Saran S. Rosner, M.D.*

FROM 9144552945
FEB-25-2008 14:51  FROM:ROSNER MD & ROBBINS  7412869  TO:94552945  P.1/1

# HUDSON VALLEY HOSPITAL CENTER

Maurice R. Poplausky, MD
Paul H. Kim, M.D.
Elliott H. Sumers, M.D.
Daniel Solomon, M.D.
Han J. Kim, M.D.

1980 CROMPOND ROAD
CORTLANDT MANOR, NY 10567
914-734-3674
Fax 914-734-3678   www.hvhc.org

Hudson Valley Hospital Center Breast Care Imaging Centers, additional locations:
Waterside Diagnostic Imaging - Waterside Professional Park, Putnam Valley, NY 914-528-6820
Croton Diagnostic Imaging - 35 South Riverside Ave., Croton-on-Hudson, NY 914-271-9481

PATIENTS NAME: Henry Stursick JR
REFERRING PHYSICIAN: Dr. S Rosner  PHONE: 741-2666
FAX #: 914-741-2869
REASON FOR EXAM: appt 2-27-08  2:00 pm
ICD-9 CODE: ___

**Now offering both High Field MRI ☐ and Open MRI ☐**

## ULTRA SOUND
- ☐ Abdomen
- ☐ Bladder
- ☐ Carotid
- ☐ Echo Cardio
- ☐ Extremity  ☐ L ☐ R
- ☐ Scrotum
- ☐ Pelvis
- ☐ TV Pelvis
- ☐ Pregnancy
- ☐ Renal
- ☐ Testes
- ☐ Thyroid
- ☐ Breast  ☐ L ☐ R
- ☐ Arterial Doppler / ☐ upper ☐ lower
- ☐ Venous Doppler
- ☐ Fetal Bio-Physical Profile
- ☐ Breast Cyst Aspiration ☐ L ☐ R
- ☐ Thoracentesis
- ☐ Biopsy
- ☐ TEE
- ☐ Other ___

## MRI NEURO
- ☐ Brain   ☐ Pituitary
- ☐ Orbits  ☐ Sinuses
- ☐ Internal Auditory Canal
- ☐ Temporo-Mandibular Joint ☐ L ☐ R
- ☐ C-Spine
- ☐ T-Spine
- ☐ L-Spine
- ☐ Spine Survey
- ☐ Neck (Soft Tissue)
- ☐ Brachial Plexus
- ☐ MRA Carotid
- ☐ MRA Cranial (Circle of Willis)
- ☐ Other ___

## MRI BODY
- ☐ Chest       ☐ Sternum
- ☐ Aorta
- ☐ Abdomen     ☐ Liver
- ☐ Renal       ☐ Pancreas
- ☐ Breast ☐ Implants ☐ L ☐ R
- ☐ Pelvis
- ☐ MRCP
- ☐ MRA Aorta
- ☐ MRA Renal
- ☐ MRA Peripheral Run Off
- ☐ MRA Venogram (Specify)
- ☐ Other ___
- ☐ w  ☐ w/o  ☐ w & w/o

## MRI ORTHO
- ☐ Shoulder ☐ Scapula  ☐ L ☐ R
- ☐ Upper Extrem  ☐ L ☐ R
- ☐ Elbow  ☐ L ☐ R
- ☐ Wrist  ☐ L ☐ R
- ☐ Hand  ☐ L ☐ R
- ☐ MRA Upper Extrem  ☐ L ☐ R
- ☐ Hip  ☐ L ☐ R
- ☐ Lower Extrem  ☐ L ☐ R
- ☐ Knee  ☐ L ☐ R
- ☐ Ankle  ☐ L ☐ R
- ☐ Foot  ☐ L ☐ R
- ☐ Arthrogram  ☐ L ☐ R
- ☐ Other  ☐ L ☐ R

## CAT SCAN
- ☐ Other ___
- (Head) circled   Up Extrem ☐ w ☒ w/o ☐ w & w/o
- Sinuses           Low Extrem ☐ w ☐ w/o ☐ w & w/o
- Orbits            Chest      ☐ w ☐ w/o ☐ w & w/o
- Sella             Abdomen    ☐ w ☐ w/o ☐ w & w/o
- IAC               Pelvis     ☐ w ☐ w/o ☐ w & w/o
- Facial            Appendix   ☐ w/o
- Neck              Renal Stone ☐ w/o
- C-Spine
- T-Spine
- L-Spine

- ☐ CTA Head
- ☐ CTA Neck
- ☐ CTA Chest
- ☐ CTA Abdomen
- ☐ CTA Peripheral Run Off
- ☐ CTA Other ___

## NUCLEAR MEDICINE
- ☐ Biliary
- ☐ Bone Scan
- ☐ Gastric Emptying
- ☐ Lung Vent/Perf.
- ☐ PY Test
- ☐ Renal  ☐ w-Lasix  ☐ w/o Lasix
- ☐ Sentinal Node
- ☐ Thyroid
- ☐ Gallium/Soft Tissue/WBC-Indium
- ☐ Pharmacology/Stress Test
- ☐ Exercise Stress Test
- ☐ Regular Stress Test
- ☐ Other ___
- ☐ PET SCAN Full Body

## VIRTUAL EXAM
- ☐ Lung Screening
- ☐ Abdomen Screening
- ☐ Full Body Screening
- ☐ Cardiac Scoring
- ☐ Virtual Colonography
- ☐ Other Screening

## MAMMOGRAPHY
- ☐ Screening
- ☐ Diagnostic  ☐ R ☐ L ☐ BiLat

## DEXA-BONE DENSITY

## X-RAY
- ☐ Skull            ☐ C-Spine           ☐ Chest
- ☐ Orbits           ☐ ST Neck           ☐ Sternum
- ☐ Eye FB           ☐ T-Spine           ☐ SC Joints
- ☐ Sinuses          ☐ L-Spine           ☐ Ribs
- ☐ Facial Bones     ☐ Sacrum-Coccyx     ☐ KUB
- ☐ Nasal Bones      ☐ Flex/Extend       ☐ Abdomen
- ☐ Mandable         ☐ Scoliosis         ☐ Skeletal Survey
- ☐ Shoulder  ☐ R ☐ L   ☐ Skeletal Survey   ☐ Bone Age
- ☐ Scapula   ☐ R ☐ L   ☐ Bone Age          ☐ Bone Length
- ☐ Clavicle  ☐ R ☐ L   ☐ Bone Length       ☐ Obstructive Series
- ☐ AC Joints ☐ R ☐ L   ☐ Pelvis
- ☐ Humerous  ☐ R ☐ L   ☐ Hip     ☐ R ☐ L
- ☐ Forearm   ☐ R ☐ L   ☐ Femur   ☐ R ☐ L
- ☐ Wrist     ☐ R ☐ L   ☐ Knee    ☐ R ☐ L
- ☐ Hand      ☐ R ☐ L   ☐ Knee Standing ☐ R ☐ L
- ☐ Finger    ☐ R ☐ L   ☐ Tib Fib ☐ R ☐ L
- Specify ___          ☐ Ankle   ☐ R ☐ L
                       ☐ Foot    ☐ R ☐ L
                       ☐ Toe     ☐ R ☐ L
Specify ___

## FLUOROSCOPY
- ☐ Barium Swallow    ☐ VCUG
- ☐ Upper GI          ☐ Retro Urethrogram
- ☐ Upper GI / SB     ☐ HSG
- ☐ Small Bowel       ☐ Myelogram
- ☐ Barium Enema      ☐ Arthrogram
- ☐ Barium Enema/Air  ☐ Angiography
- ☐ IVP               Specify ___
- ☐ Cystogram

Special comments to the Radiologist:
Compare to previous
___

Doctor's Signature ___

Directions and patient's exam
preparations on back