**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

March 10th, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

           Re: **People v Henry P. Steeneck**

Your Honor:

  Herewith please find a letter from Dr. Rosner confirming the proposed treatment as set forth in my letter to the Court dated March 7th, 2008.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc: *AUSA Richard Tarlowe, by fax only 914-993-1980*
   *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

---

In a telephone call from Chambers last week, Counsel for Defendant was requested to submit, in writing, a motion seeking Defendant's temporary release for medical purposes (consulting first with the Government to determine whether the motion is on consent), if such release is necessary. For the reasons set forth in the Court's Order dated March 10, 2008, timely attention by Counsel to such requests is essential.

Accordingly, counsel for Defendant shall submit Defendant's motion, or notice that there will be no such motion, by Monday, March 17, 2008, at 4 p.m. The Clerk of Court is respectfully requested to docket this letter and the attached letter from Dr. Saran Rosner.

       So Ordered: _____
             KENNETH M. KARAS
             United States District Judge

       Dated:   March 17, 2008

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

FROM 9144552945                Case 7:07-cr-00929-KMK   Document 40   Filed 03/17/2008   Page 2 of 2   (MON)MAR 10 2008 15:40/ST.15:38/No. 6810220127 P 3

p.2

## SARAN S. ROSNER, M.D., P.C.
**NEUROLOGICAL SURGERY**
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666

March 10, 2008

U.S. District Judge Kenneth M. Karas
U.S. Courthouse
300 Quarropas Street Room 533
White Plains, New York 10601

Dear Judge Kenneth M. Karas:

Mr. Henry Steeneck Jr. has been under my care since November 20, 2007 for malfunctioning shunt. I need to have him available to me for four days so I can do a Isotope shut o-gram starting on March 19, 2008 @ 8:30 am, the patient needs to be there @ 7:30 a.m. This procedure is then followed by a CAT scan once a day for the next three days. This whole procedure will be done at Hudson Valley Hospital.

Please do not hesitate to contact me at the number provided above with any questions or concerns.

Sincerely,

Saran S. Rosner, M.D.