MEMO ENDORSED

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

March 17th, 2007

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

　　　　　　　　　　　　　Re:　**People v Henry P. Steeneck**

Your Honor:

　　　I write to request the temporary release of the defendant for medical purposes from 5:00 p.m. on March 18th until March 22nd, 2008 at 5:00 p.m. with the understanding that the same conditions set forth in the previous Orders of release would be applied in the present Order requested.

　　　On March 19th, 2008 the Defendant will be going to the Hudson Valley Hospital Center to have an isotope inserted. The procedure will be performed at 8:30 a.m., but the Defendant will have to be there at 7:30 a.m. for preparation. Because of the early hour, and the need to coordinate the release with the jail, the US Marshal and Pretrial Services it is the Defendant's contention that the release the night before is necessary. The Defendant will stay at the same residence that he had stayed during the prior releases.

　　　On March 20th, 21st, and 22nd, 2008 the Defendant will return to the Hudson Valley Hospital Center where CAT scans will be taken to trace the isotope to confirm whether the shunt is functioning properly. I am informed by Dr. Rosner's office that on each day Mr. Steeneck will be at the hospital for a few hours but the hospital cannot guarantee a specific time. For this reason, Defendant contends that it will be necessary to stay at his sister's home each night so that issues do not arise with the Court, the Marshals, Pre-Trial Services or the jail regarding the coordination of theses consecutive releases.

　　　I have discussed the Defendant's application with AUSA Richard Tarlowe and he expressed to me that the United States would not oppose this application. The Defendant accordingly, waives time until March 26th, 2008.

　　　Thank you.

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

Sincerely,

Charles J. Diven, Jr., Esq.

cc:    *AUSA Richard Tarlowe, by fax only 914-993-1980*
       *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

THE CLERK OF COURT IS RESPECTFULLY REQUESTED TO DOCKET THIS LETTER.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
DATED: MARCH 17, 2008