# CHARLES J. DIVEN, JR., ESQ. MEMO ENDORSED
ATTORNEY AT LAW

March 28, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

Re: **United States v Henry P. Steeneck**
07 CR 929

Your Honor:

I write to report that I have learned from Mr. Steeneck's father that the shunt in his head is not functioning. I followed up with a call to Dr. Rosner's office and learned that they would like to schedule surgery for April 7, 2008 to replace the defective shunt. I asked the office personnel to provide a letter with the specifics including a schedule for the medical procedures. I have not received the letter as of this time. I apologize for the lateness of this letter but had hoped to have the letter from Dr. Rosner to attach. When I receive same it will be forwarded.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:  AUSA Richard Tarlowe, by fax only 914-993-1980
     Scott Kowal, US Pretrial Services by fax only 914-390-4035

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

3/31/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909