**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
ATTORNEY AT LAW

April 1st, 2008

```
┌─────────────────────────────────┐
│ USDS SDNY                       │
│ DOCUMENT                        │
│ ELECTRONICALLY FILED            │
│ DOC #: _____           │
│ DATE FILED: _____      │
└─────────────────────────────────┘
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

        Re: **US v Henry P. Steeneck**
           *07 CR 929*

Your Honor:

  Annexed hereto please a letter from Dr. Rosner confirming the need for Mr. Steeneck to undergo further surgery to change the shunt. As set forth in my prior letter Dr. Rosner has scheduled the surgery for April 7, 2008. For this reason I will be seeking an additional medical release for both the surgery and the subsequent recovery period when we appear before your Honor later this afternoon.

  Between now and then, I will be attempting to obtain greater detail of the time frame for the medical treatment to closer coordinate the release with the medical necessity.

  Although Dr. Rosner's letter bears the date March 10, 2008 it was not received until after business hours yesterday evening. The letter was delivered to my office and slipped under the door last night as a Dr. Rosner's office fax was not functioning. I assume the date of the letter to be an error.

Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

*The Clerk of Court is respectfully requested to docket this letter together with the attachment from Dr. Rosner.*

**SO ORDERED**

KENNETH M. KARAS, U.S.D.J.
4/2/08

cc: *AUSA Richard Tarlowe, by fax only 914-993-1980*
   *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

## SARAN S. ROSNER, M.D., P.C.
### NEUROLOGICAL SURGERY
245 Saw Mill River Rd., Suite 101
Hawthorne, N.Y. 10532

(914) 741-2666

March 10, 2008

U.S. District Judge Kenneth M. Karas
U.S. Courthouse
300 Quarropas Street Room 533
White Plains, New York 10601

Dear Judge Kenneth M. Karas:

Mr. Henry Steeneck Jr. has been under my care since November 20, 2007 for malfunctioning shunt. After extensive testing we have found that the shunt is not working properly. I have scheduled Henry Steeneck Jr. for surgery for a revision of the shunt on Monday April 7, 2008 at Hudson Valley Hospital @ 10:00 am. He will be in the hospital for 3 days. He will then need to recuperate at home.

Please do not hesitate to contact me at the number provided above with any questions or concerns.

Sincerely,

Saran S. Rosner, M.D.