# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

**MEMO ENDORSED**

April 14th, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

By Fax only 914-390-4152

Re: **United States v Henry P. Steeneck**
07 CR 929

Your Honor:

I write to provide an update of Mr. Steeneck's status and condition. He was operated on at 1:30 PM on Monday April 7th, 2008 at Hudson Valley Hospital Center. He remained in the hospital following the surgery until Thursday at 2:00 PM. He is going today to Dr. Rosner's office at 12:45 PM for a follow up visit. I have asked his father who is driving him to Dr. Rosner to ask Dr. Rosner in person to provide a written report or letter confirming these events as well as an estimation of remaining recovery time, procedures and office visits involved with as great a specificity as possible.

I have contacted Dr. Rosner's office and confirmed the surgery and hospital stay but have not as of yet received a response to my request for a written update.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc: *AUSA Richard Tarlowe, by fax only 914-993-1980*
*Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*Handwritten endorsement:* While the Court appreciates the update provided on behalf of Mr. Steeneck, the Court notes that once again, counsel has been tardy in meeting deadlines. This cannot continue, as the Court requires timely information to monitor this sensitive situation.

SO ORDERED
M. KARAS U.S.D.J.
4/15/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909