UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ECF CASE

UNITED STATES OF AMERICA   )
                           )
           v.              ) **NOTICE OF APPEARANCE AND REQUEST**
                           ) **FOR ELECTRONIC NOTIFICATION**
                           ) 07 Cr. 0929
HENRY P. STEENECK,         )
                           )
           Defendants.     )

TO:   Clerk of Court
      United States District Court
      Southern District of New York

The undersigned attorney respectfully requests the Clerk to note his appearance in this case

and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

                              Respectfully submitted,

                              MICHAEL J. GARCIA
                              United States Attorney for the
                              Southern District of New York


                        By:   /s/ Sarah R. Krissoff
                              Sarah R. Krissoff
                              Assistant United States Attorney
                              (914) 993-1928
                              Sarah.Krissoff@usdoj.gov