**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
ATTORNEY AT LAW

April 17th, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

Re:  **US v Henry P. Steeneck**

07CR 929

Your Honor:

Annexed hereto please a letter from Dr. Rosner dated April 14, 2008 reporting the current medical condition of Henry P. Steeneck. I understand that the MRI referred in the doctor's letter has been scheduled for next Tuesday at the Hudson Valley Hospital Center. I understand from my client that they have switched from CAT scans to MRI's because of the amount of radiation that Mr. Steeneck has already been exposed to.

Sincerely,

Charles J. Diven, Jr., Esq.

cc:  *AUSA Richard Tarlowe, by fax only 914-993-1980*
     *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

The Clerk of the Court is respectfully requested to docket this letter

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/17/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

## SARAN S. ROSNER, M.D.
### NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

April 14, 2008

Hon. Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

RE: Henry Steeneck

Dear Judge Karas:

I saw Henry Steeneck today in followup. I revised his shunt one week ago. I found at surgery that the intracranial pressure was low, which likely explained the failure of the shunt to function properly even when set at a low pressure. Notwithstanding, I could not be confident that the shunt was functioning properly and so I replaced the programmable valve with a low pressure Hakim valve, which is a less complex and sophisticated one. Although Henry has done generally well following the surgery, he has had a consistent complaint of postural type headaches and muffled hearing, which suggests the possibility that the shunt is "overworking." At this point, I want to do a followup radiographic study of the brain (MRI) and then make further recommendations based upon it. I feel strongly at this point that it would be very detrimental for Henry to return to prison until the status of his shunt is fully analyzed and if required then remedied.

Your kind attention to this matter would be greatly appreciated, and I will certainly try to make myself available to you for any questions or issues you wish to discuss.

Sincerely,

Saran S. Rosner, M.D.

SSR/gisl/tkk/ibr/0415/SSR20207