FROM 9144552... Case 7:07-cr-00929-KMK    Document 49    Filed 04/21/2008    Page 1 of 2
(MON) APR 21 2008 9:06/ST 9:05/No. 6810123215 P 2

MEMO ENDORSED

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

April 21st, 2008

> USDS SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

Re: **US v Henry P. Steeneck**
07CR 929

Your Honor:

    I received a call from Henry P. Steeneck's father yesterday evening. Mr. Steeneck was hospitalized yesterday Sunday due to a high fever. I received a call this morning from the senior Steeneck, that Henry P. Steeneck is undergoing surgery this morning, April 21st, 2008 at the Hudson Valley Hospital Center to remove the new shunt and drain tube as it is infected. I further understand that he will undergo a second surgery tomorrow to remove the original shunt and drain tube as it is infected as well.

    As these are matters of a medical emergency I would request a continued release of the Defendant at least until this Friday April 25th, 2008 subject to an application once I receive a report on Mr. Steeneck's condition.

Sincerely,

Charles J. Diven, Jr., Esq.

cc: *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
     *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*The Clerk is respectfully requested to docket these two letters.*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
4/21/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598  Telephone (914) 455-2909

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

April 21st, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

                              Re:   **US v Henry P. Steeneck**

Your Honor:

       Please be advised that the undersigned did not receive the Court's Order dated April 18th, 2008 until after sending the correspondence earlier this morning. As such, kindly disregard this office's request to have the Defendant's release extended to April 25th, 2008. The undersigned hereby acknowledges receipt of the Court's Order and, pursuant thereto, will advise the Court of Mr. Steeneck's condition by 10:00 a.m. Friday, April 25th, 2008.

Sincerely,

Charles J. Diven, Jr., Esq.

cc:    *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
        *Scott Kowal, US Pretrial Services by fax only 914-390-4035*