```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

              Defendant.

Case No. 07-CR-929 (KMK)

ORDER EXTENDING
TEMPORARY
RELEASE ON BAIL
FOR MEDICAL PURPOSES

---

KENNETH M. KARAS, District Judge:

    On the basis of a letter from Defendant's counsel dated April 17, 2008, and the attached letter thereto from Dr. Saran Rosner dated April 14, 2008, together with a letter from Defendant's counsel dated April 18, 2008, it is:

    ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 4, 2008, is extended until a new surrender date and time of Thursday, May 1, 2008, at 4pm, with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

    ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m. on Friday, April 25, 2008, on the status of Defendant's medical condition and on further anticipated medical appointments.

    Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary.

    All counsel are reminded that the Court expects to discuss any anticipated motions at the next conference set for May 1, 2008, at 3 p.m., and will further expect counsel for Defendant to have used time during this release order to engage in any necessary preparatory discussions with his client to this end.

SO ORDERED.

Dated:    April __, 2008
             White Plains, New York

                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE