**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
ATTORNEY AT LAW

April 25st, 2008

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

Re:  US v **Henry P. Steeneck**
07 Cr 929

Your Honor:

    Mr. Steeneck has undergone the second surgery removing the old shunt and tube. I understand from his father that the that the operation was delayed until Wednesday 9 PM due to Mr. Steeneck's continued fever and the availability of an operating room. He continues his admission at Hudson Valley Hospital Center where is recovering from the two operations. I am told by his father that Mr. Steeneck has developed a staff infection which complicating his recovery.

    Mr. Steeneck's father has had direct contact with DR. Rosner and has requested a letter of update for the Court. I have left messages with r. Rosner's office for the same purpose and will forward the Dr.Rosner's letter when received.

Sincerely,

Charles J. Diven, Jr., Esq.

cc:  *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
     *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*The Clerk of Court is Respectfully Requested to Docket this Letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.
4/28/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909