```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

                Defendant.

Case No. 07-CR-929 (KMK)

ORDER EXTENDING
TEMPORARY
RELEASE ON BAIL
FOR MEDICAL PURPOSES

KENNETH M. KARAS, District Judge:

      On the basis of a letter from Defendant's counsel dated April 30, 2008, and the attached letter thereto from Dr. Saran Rosner dated April 26, 2008, it is:

      ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 4, 2008, is extended until a new surrender date and time of Monday, May 19, 2008, at 3 p.m., with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

      ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m. on each of Friday, May 9, 2008, and Friday, May 16, 2008, on the status of Defendant's medical condition and on further anticipated medical appointments. Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary.

      The conference set for May 1, 2008, is adjourned until Monday, May 19, 2008, at 2 p.m.

      ORDERED that time is excluded under the Speedy Trial Act through May 19, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:     April 30, 2008
               White Plains, New York

                                                 KENNETH M. KARAS
                                                 UNITED STATES DISTRICT JUDGE