# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

May 9th, 2008

**MEMO ENDORSED**

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

                                Re:  US v Henry P. Steeneck
                                      07 cr 929

Your Honor:

      Herewith please find an update that I have received from Dr. Rosner in regards to Mr. Steeneck's current medical condition. Please note that I have received same by way of hand delivery of Mr. Steeneck's father late yesterday afternoon.

      Yesterday afternoon, after receiving the letter from Mr. Steeneck's father, he called to tell me that since the letter was written by Dr. Rosner, there had been a new development. The lab had has reported that Mr. Steeneck's sample indicated that the infection has persisted. Mr. Steeneck's father reports that Mr. Steeneck will now have to undergo a second antibiotic treatment which is not reflected in Dr. Rosner' s letter as it had been written prior to the lab's findings.

      I will be endeavoring to obtain an update from Dr. Rosner in confirmation of this latest lab report, as well as an indication as to what effect the persisting infection will have on the course of treatment.

Sincerely,

Charles J. Diven, Jr., Esq.

*The Clerk of the Court is respectfully requested to docket this letter (and the attached letter).*

CJD/cl
cc:   *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
       *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/9/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

Case 7:07-cr-00929-KMK    Document 55    Filed 05/09/2008    Page 2 of 2

**SARAN S. ROSNER, M.D.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

May 6, 2008

Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

                RE:   Henry Steeneck

Dear Judge Karas:

I would like to update you on Henry Steeneck's clinical course. I have seen him today and he is soon to complete his intravenous antibiotic treatment. My plan is to allow several days to relax, so that a reliable spinal fluid sample can be obtained and cultured. This will be accomplished through a lumbar puncture. The culture results will take about three days to finalize, and if indeed there is no growth of bacteria, Henry can be readmitted for shunt replacement.

Again, I respectfully emphasize to you that this is a serious neurosurgical problem and requires deliberate care and attention.

                Sincerely,

                Saran S. Rosner, M.D.

SSR/gisl/tkk/ibr/0507/SSR20275