# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

May 15, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

By Fax only 914-390-4152

**MEMO ENDORSED**

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

Re: US v Henry P. Steeneck
07 cr 929

Your Honor:

    Herewith, please find an update that I have received from Dr. Rosner in regards to Mr. Steeneck's current medical condition. Please note that I have received same by way of hand delivery of Mr. Steeneck's father late this afternoon.

    As set forth in Dr. Rosner's letter, Mr. Steeneck will need to undergo a lumbar puncture on May 21, 2008 at Hudson Valley Hospital Center. The current temporary order of release requires Mr. Steeneck to surrender on Monday, May 19, 2008. As such I will be making an application for extension of release by letter tomorrow morning.

    Dr. Rosner's letter, also indicates that Mr. Steeneck, when infection free, will have to undergo the same procedure to install a shunt and drain tube. It would be logical top assume that if it is found the infection persists another course of treatment will have to undertaken. In either instance Mr. Steeneck will need specific medical care.

    I will also be endeavoring to have Dr. Rosner available by phone at a time as convenient as possible to the Court for an update. For this purpose I will contact AUSA Sarah Rebecca Krissoff and Your Honor's clerk to schedule a time as directed by the Court for such a conference.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc: AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392
    Scott Kowal, US Pretrial Services by fax only 914-390-4035

*The Clerk of Court is respectfully requested to docket this letter together with the letter from Dr. Rosner attached thereto.*

**SO ORDERED**
KENNETH M. KARAS U.S.D.J.
5/15/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

**SARAN S. ROSNER, M.D.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

May 15, 2008

Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

                                                **RE:**   Henry Steeneck

Dear Judge Karas:

I would like to update you on Henry Steeneck's clinical course. He has completed his intravenous antibiotic treatment. To date Mr. Steeneck needs another round of antibiotics orally to clear up his infection this course of treatment will be completed today. I need his spinal fluid to relax a few days before I do a Lumbar puncture. I have scheduled a lumbar puncture on May 21, 2008 at 2:00pm at Hudson Valley Hospital. The culture results will take about three days to finalize, and if indeed there is no growth of bacteria, Henry can be readmitted for shunt replacement.

Again, I respectfully emphasize to you that this is a serious neurosurgical problem and requires deliberate care and attention.

Sincerely,

Saran S. Rosner, M.D.

SSR/gisl/tkk/ibr/0507/SSR20275