USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

        Defendant.

Case No. 07-CR-929 (KMK)

ORDER EXTENDING
TEMPORARY
RELEASE ON BAIL
FOR MEDICAL PURPOSES

KENNETH M. KARAS, District Judge:

    On the basis of proceedings held today before the Court, including a telephone conference with Dr. Saran Rosner, it is:

    ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 4, 2008, is extended until a new surrender date and time of Monday, June 9, 2008, at 3 p.m., with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

    ORDERED that the Order of Temporary Release is amended to permit Defendant to telephone his attorney, Mr. Diven, solely at Mr. Diven's office (914-455-2909), with further permission for such calls to be conferenced solely with Defendant's treating physicians or their immediate staff members provided that Mr. Diven personally remains party to all such conference calls in their entirety; and it is further

    ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m. on each Friday of May 23, May 30 and June 6, 2008, on the status of Defendant's medical condition and on further anticipated medical appointments. Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary; and it is further

    ORDERED that the next conference in this case is set for May 28, 2008, at 3:30 p.m; and it is further

ORDERED that time is excluded under the Speedy Trial Act through May 28, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:      May 19, 2008
            White Plains, New York

                                    _____
                                    KENNETH M. KARAS
                                    UNITED STATES DISTRICT JUDGE