USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

           Defendant.

Case No. 07-CR-929 (KMK)

ORDER

KENNETH M. KARAS, District Judge:

    At the request of counsel for Defendant and with the consent of the United States, it is:

    ORDERED that the conference in this case previously set for May 28, 2008, at 3:30 p.m is ADJOURNED until May 29, 2008, at 2:30 p.m.; and it is further

    ORDERED that time is excluded under the Speedy Trial Act through May 29, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:     May 28, 2008
           White Plains, New York

                                      KENNETH M. KARAS
                                      UNITED STATES DISTRICT JUDGE