**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

June 23, 2008

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____    │
│ DATE FILED: _____    │
└─────────────────────────────┘
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

                Re: **US v Henry P. Steeneck**
                    07 Cr 929

Your Honor:

      Herewith, please find an update that I have received from Dr. Rosner in regards to Mr. Steeneck's current medical condition. Please note that I have received same by way of hand delivery of Mr. Steeneck's father late afternoon Friday June 20, 2008. It appears that Dr. Rosner's letter was incorrectly dated.

      It has been explained to me that the current treatment involves both measures being taken to avoid a future hemorrhage as well as tests to confirm that the shunt is working. I am expecting a more detailed letter with a course proposed of treatment today from Dr. Rosner an will advise.

Sincerely,

*[signature]*

Charles J. Diven, Jr., Esq.

CJD/cl
cc:   *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
      *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*Handwritten note:* The Clerk of Court is respectfully requested to docket this letter and its attachment.

SO ORDERED

*[signature]*
KENNETH M. KARAS U.S.D.J.
6/24/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

**SARAN S. ROSNER, M.D.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

June 6, 2008

Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

RE: Henry Steeneck

Dear Judge Karas:

Henry Steeneck underwent replacement of his ventriculoperitoneal shunt at the end of May 2008. He initially did very well following the surgery and his surgery was entirely uncomplicated. Unfortunately after his discharge, he developed a delayed hemorrhage around the shunt insertion site, which resulted in new onset of seizures, which precipitated his readmission to the Intensive Care Unit at Hudson Valley Hospital. He has since been discharged from the hospital on antiseizure medication.

At present, he requires close followup, both of his wounds and his clinical status vis-à-vis the seizures. He will undergo an EEG to assess his seizure status and I will follow him closely for wound healing and neurological examination. I plan to reevaluate and then follow up in six days and of course, I will keep you updated on his progress.

Sincerely,

Saran S. Rosner, M.D.

SSR/gisl/jai/ibr/0607/SSR30364