# MEMO ENDORSED

## CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

June 23, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

Re: **US v Henry P. Steeneck**

07CR 929

Your Honor:

Annexed please find a letter that I received today by fax from Dr. Rosner. As set forth in the letter, Mr. Steeneck may be returning to the hospital on June 25, 2008 for a procedure. Since I cannot ascertain from the letter a time frame, I have contacted Dr. Rosner's office explaining that I need a road map and estimate of the time from Dr. Rosner as the current order of medical release expires on June 27, 2008 at 3PM.

The office assistant with whom I spoke, Gayle, has indicated that the procedure outlined in the letter will require a hospital stay for Mr. Steeneck. She will endeavor to get a more detailed schedule from Dr. Rosner by tomorrow.

I will inform, the Court and the people as soon as I receive additional information.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:  *AUSA Sarah Rebecca Krissoff, by fax only 914-682-3392*
     *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*The Clerk is respectfully requested to docket this letter.*

SO ORDERED

KENNETH M. KARAS U.S.D.J.

6/24/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

**SARAN S. ROSNER, M.D.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

June 19, 2008

Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

          **RE:** Henry Steeneck, Jr.

Dear Judge Karas:

I am sorry to have to advise you that Henry Steeneck is not doing well after his shunt revision. Essentially, all of his pre-shunting symptoms have returned with severe headache, retro-orbital pain, spastic gait, irritability, personality change, etc. Although his shunt appears to be functioning well with good pumping and refilling of his reservoir, this is not a reliable indicator of its functionality. Therefore, I must determine if the shunt is indeed properly functioning and to that end must yet again admit him to the hospital for a shuntogram. I will have the hospital order the radioisotope, which takes a couple of days to prepare and schedule the procedure, lumbar puncture, and radioisotope cisternogram. Thus, I would anticipate that Henry could be admitted to the hospital on Wednesday, June 25, 2008, for the procedure.

I regret that Henry's course has been a complicated one, but hopefully these problems can be addressed and resolved soon.

Your patience in this very serious matter is greatly appreciated.

              Sincerely,

              Saran S. Rosner, M.D.

              SSR/gisl/dkk/ibr/0620/SSR30408