**MEMO ENDORSED**

Case No. 07-CR-929 (KMK)

**SARAN S. ROSNER, M.D.**
NEUROLOGICAL SURGERY
245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

June 26, 2008

Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601

RE: Henry Steeneck

Dear Judge Karas:

This letter is to update you on Mr. Steeneck's medical condition. He was admitted yesterday to the Hudson Valley Hospital, where a repeat lumbar puncture and radioisotope cisternogram study was performed. The study is a 48-hour study and will be completed tomorrow. I suspect that the study will indicate a need for shunt revision and replacement of his valve. I am hoping that this can be accomplished prior to the July 4, 2008 holiday, where after a short convalescence of 10 days or so he should be medically able to safely return to confinement.

As always, if you required, I would be happy to discuss his condition with you at our mutual convenience.

Sincerely,

Saran S. Rosner, M.D.

SSR/gisl/rad/ibr/0627/SSR30419

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

The Clerk of Court is respectfully requested to docket this letter.

SO ORDERED

KENNETH M. KARAS U.S.D.J.
6/30/08