FROM : 91445529  Case 7:07-cr-00929-KMK    Document 64    Filed 07/07/2008    Page 1 of 1
(THU)JUL  3 2008 19:49/ST. 9:55/No. 6810120349 P  2

**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

July 3rd, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

                         Re: US v Henry P. Steeneck

                         *07 CR 929* [handwritten]

Your Honor:

    I write to inform that Henry Steeneck underwent an operation in his abdomen at the Hudson Valley Hospital Center yesterday. I have received this information from his father who was present at the hospital. I have been told that the tube running from his shunt to his abdomen was lodged in fatty tissue. The procedure cut the tube to dislodge it.

    It is unclear at this time whether he will be undergoing a separate procedure for the shunt. In an attempt to ascertain a proposed schedule, I contacted the office of Dr. Rosner. It became clear in my conversation with Gayle that the information that I had received from Mr. Steeneck was more up to date than the information that Gayle had as she believed he had undergone a procedure to change the shunt. Gayle informed me that, as of yesterday afternoon, she had not yet spoken with Dr. Rosner. She further explained that she would attempt, today, to obtain a letter updating the Court and setting forth future treatment.

    Given tomorrow's holiday, and the past practice of Dr. Rosner in using an outside typing service, I do not believe that I will have such an update available for the Court until Monday, the earliest. If an update is received I will forward it as soon as practical.

    Thank you.

Sincerely,

Charles J. Diven, Jr., Esq.

CJD/cl
cc:   AUSA Sarah Rebecca Krissoff, by fax only 914-993-9036
       Scott Kowal, US Pretrial Services by fax only 914-390-4035

[Handwritten endorsement:]
The Clerk of Court is respectfully requested to docket this letter.

SO ORDERED
KENNETH M. KARAS U.S.D.J.
7/7/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909