USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

          Defendant.

Case No. 07-CR-929 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    On the basis of proceedings held today before the Court, it is:

        ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 4, 2008, is extended until a new surrender date and time of Monday, August 5, 2008, at 4 p.m., with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

        ORDERED that such Order of Temporary Release remains amended to permit Defendant to telephone his attorney, Mr. Diven, solely at Mr. Diven's office (914-455-2909), with further permission for such calls to be conferenced solely with Defendant's treating physicians or their immediate staff members provided that Mr. Diven personally remains party to all such conference calls in their entirety; and it is further

        ORDERED that such Order of Temporary Release is further amended to require Defendant to be supervised by one or more of Peggy Steeneck (Defendant's mother), Henry F. Steeneck (Defendant's father), Stephen Steeneck (Defendant's brother), and/or Kristen Steeneck (Defendant's sister), at all times that he is at 500 Chase Road; and it is further

        ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m. on each Friday during the pendency of this Order on the status of Defendant's medical condition and on further anticipated medical appointments. Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary; and it is further

        ORDERED that the next conference in this case is set for August 5, 2008, at 10:00 a.m.; and it is further

ORDERED that time is excluded under the Speedy Trial Act through August 5, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:     July 21, 2008
           White Plains, New York

                                                    _____
                                                    KENNETH M. KARAS
                                                    UNITED STATES DISTRICT JUDGE