# MEMO ENDORSED

## CHARLES J. DIVEN, JR., ESQ.
### ATTORNEY AT LAW

July 18, 2008

```
┌─────────────────────────────────┐
│ USDS SDNY                        │
│ DOCUMENT                         │
│ ELECTRONICALLY FILED             │
│ DOC #: _____   │
│ DATE FILED: _____   │
└─────────────────────────────────┘
```

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

*By Fax only 914-390-4152*

Your Honor:

Re:  **US v Henry P. Steeneck**

*07 CR 929*

    I write to provide the weekly update on Mr. Steeneck's condition. Annexed hereto is a letter that I have received from Dr. Rosner.

    I have learned from Mr. Steeneck that he did see Dr. Foreman, the neurophthalmologist referred in the annexed Rosner letter, earlier today. Mr. Steeneck reports that Dr. Foreman advises that the shunt in his head needs to be changed from a medium pressure shunt to a low pressure shunt. Dr. Forman feels that it is the additional cranial pressure that the current shunt allows that is causing the symptoms that are described in the Rosner letter.

    Mr. Steeneck further reports that he has a follow up appointment with Dr. Chan on August 5th at 1:30PM and an appointment with Dr. Rosner on August 7, 2008. Mr. Steeneck understands that Dr. Rosner will make a determination on that date as to whether the shunt will be changed.

    As these appointments are the follow up to assess his condition, I will be making an application on Mr. Steeneck's behalf for an additional two (2) weeks of medical release.

*THE CLERK OF COURT IS RESPECTFULLY REQUESTED TO DOCKET THIS LETTER AND ITS ATTACHMENT.*

Sincerely,

Charles J. Diven, Jr., Esq.

**SO ORDERED**

KENNETH M. KARAS
8/1/08

cc:    *AUSA Sarah Rebecca Krissoff, by fax only 914-993-9036*
      *Scott Kowal, US Pretrial Services by fax only 914-390-4035*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909

# SARAN S. ROSNER, M.D.

## NEUROLOGICAL SURGERY

245 Saw Mill River Rd.
Hawthorne, N.Y. 10532

(914) 741-2666

July 29, 2008


Hon. Judge Kenneth M. Karas
United States Courthouse
300 Quarropas Street, Room 533
White Plains, NY 10601


                        **RE:**   Henry Steeneck, Jr.

Dear Judge Karas:

Please allow this letter to update you with respect to Henry Steeneck's condition. Clinically, he is not doing particularly well. He continues with significant headache and some increased tone on the right side and irritability. His diagnostic studies have not well indicated the reason for his persistent symptoms. I am still awaiting his evaluation by Dr. Scott Forman, a neurophthalmologist, before making further recommendations for his continued care. Henry is to be seen by Dr. Forman on this Friday, August 1, 2008, and will return to see me next week when Dr. Forman's report and recommendations become available.

As always, if I can elaborate or clarify any of the issues I have raised in his report, I would be happy to do so.

                                  Sincerely,

                                  Saran S. Rosner, M.D.

SSR/gisl/rad/ibr/0730/SSR30517