```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

-v-

HENRY P. STEENECK,

        Defendant.

Case No. 07-CR-929 (KMK)

ORDER

---

KENNETH M. KARAS, District Judge:

    To accommodate a scheduling change by the Court, it is:

    ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 4, 2008, is extended until a new surrender date and time of Wednesday, August 6, 2008, at 2:30 p.m., with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

    ORDERED that such Order of Temporary Release remains amended to permit Defendant to telephone his attorney, Mr. Diven, solely at Mr. Diven's office (914-455-2909), with further permission for such calls to be conferenced solely with Defendant's treating physicians or their immediate staff members <u>provided</u> that Mr. Diven personally remains party to all such conference calls in their entirety; and it is further

    ORDERED that such Order of Temporary Release further remains amended to require Defendant to be supervised by one or more of Peggy Steeneck (Defendant's mother), Henry F. Steeneck (Defendant's father), Stephen Steeneck (Defendant's brother), and/or Kristen Steeneck (Defendant's sister), at <u>all</u> times that he is at 500 Chase Road; and it is further

    ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m. on each Friday during the pendency of this Order on the status of Defendant's medical condition and on further anticipated medical appointments. Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary; and it is further

    ORDERED that the next conference in this case is set for August 6, 2008, at 9:45 a.m.; and it is further

ORDERED that time is excluded under the Speedy Trial Act through August 6, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:    August 4, 2008
         White Plains, New York

_____
KENNETH M. KARAS
UNITED STATES DISTRICT JUDGE