# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

August 4, 2008

**MEMO ENDORSED**

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

By Fax only 914-390-4152

Re: US v Henry P. Steeneck
     07 CR 929

Your Honor:

    I write as a follow up to my Friday letter misdated July 18, 2008. I have spoken with AUSA Krissof and have obtained her consent to extend Mr. Steeneck's medical release until the afternoon August 6, 2008, which is our next scheduled appearance in this matter.

    I am making this request because Mr. Steeneck is still undergoing medical treatment as described in the above referred letter. It is my intent to make an application for an additional 2 weeks extension when I appear on August the 6th 2008. I understand from AUSA Krissof that she prefers that said application be made in court.

Sincerely,

Charles J. Diven, Jr., Esq.

*The Clerk is respectfully requested to docket this letter.*

So Ordered
KENNETH M. KARAS U.S.D.J.
8/4/08

cc:    AUSA Sarah Rebecca Krissoff, by fax only 914-993-9036
        Scott Kowal, US Pretrial Services by fax only 914-390-4035

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909