# CHARLES J. DIVEN, JR., ESQ.
## ATTORNEY AT LAW

August 22, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____
```

*By Fax only 914-390-4152*

Re: **US v Henry P. Steeneck**
07CR 929

Your Honor:

    I write to inform the Court that Mr. Steeneck attends his physical therapy sessions twice weekly as prescribed by the treating neurologist. He has an appointment at Hudson Valley Medical Center to have the isotope test performed on the shunt. For this purpose he will be admitted on September 3, 2008 at 7AM. I understand that he will remain hospitalized for 2 or 3 days. As an update is available I will provide.

Sincerely,

Charles J. Diven, Jr., Esq.

cc: *AUSA Sarah Rebecca Krissoff, by fax only 914-993-9036*
*Scott Kowal, US Pretrial Services by fax only 914-390-4035*

*[Handwritten: The Clerk is respectfully requested to docket this letter.*
*So Ordered*
*[signature] KMK*
*8/28/08]*

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909