**MEMO ENDORSED**

# CHARLES J. DIVEN, JR., ESQ.
ATTORNEY AT LAW

September 5, 2008

United States District Court Judge
300 Quarropas Street
White Plains, New York 10601
Attn: Hon. Kenneth M. Karas

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _____

*By Fax only 914-390-4152*

Re:  **US v Henry P. Steeneck**

Your Honor:

    I write to provide an update on Mr. Steeneck's medical condition. I have spoken with Dr. Rosner's office and they have informed me that Mr. Steeneck will be undergoing an additional operation in the next few days as the hospital schedule permits because the isotope exam revealed that has shunt is not functioning. I am told that I will have a letter to this effect later this afternoon and will forward same to the Court and the parties copied below.

    For the purpose of the operation I will be requesting and extension to the Order for Medical Release.

Sincerely,

Charles J. Diven, Jr., Esq.

cc:   AUSA Sarah Rebecca Krissoff, by fax only 914-993-9036
       Scott Kowal, US Pretrial Services by fax only 914-390-4035

*The Clerk is respectfully requested to docket this letter.*

*So Ordered,*

[signature]
9/8/08

2649 Strang Blvd., Suite 104, Yorktown Heights, NY 10598 Telephone (914) 455-2909