```
┌─────────────────────────────────────┐
│ USDS SDNY                           │
│ DOCUMENT                            │
│ ELECTRONICALLY FILED                │
│ DOC #: _____              │
│ DATE FILED: _____         │
└─────────────────────────────────────┘
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

    -v-                                  Case No. 07-CR-929 (KMK)

HENRY P. STEENECK,                ORDER

        Defendant.

---

KENNETH M. KARAS, District Judge:

    On the basis of proceedings held today before the Court, it is:

        ORDERED that the Court's Order of Temporary Release on Bail for Medical Purposes dated April 1, 2008, is extended until a new surrender date and time of October 16, 2008, at 4:00 p.m., with surrender to take place to the United States Marshal's Office at the United States Courthouse in White Plains, New York; and it is further

        ORDERED that such Order of Temporary Release remains amended to permit Defendant to telephone his attorney, Mr. Diven, solely at Mr. Diven's office (914-455-2909), with further permission for such calls to be conferenced solely with Defendant's treating physicians or their immediate staff members provided that Mr. Diven personally remains party to all such conference calls in their entirety; and it is further

        ORDERED that such Order of Temporary Release further remains amended to require Defendant to be supervised by one or more of Peggy Steeneck (Defendant's mother), Henry F. Steeneck (Defendant's father), Stephen Steeneck (Defendant's brother), and/or Kristen Steeneck (Defendant's sister), at all times that he is at 500 Chase Road; and it is further

        ORDERED that counsel for Defendant shall contact Pretrial Services and the Government by no later than 5:00 p.m. on Friday, September 12, 2008, to confirm Defendant's compliance with the conditions established for his temporary release and, specifically, the requirement that he be supervised at all times; and it is further

        ORDERED that counsel for Defendant shall report to the Court by letter, to be transmitted by facsimile no later than 10 a.m., on every other Friday (that is, Friday, September 19, and Friday, October 3) during the pendency of this Order on the status of Defendant's medical condition and on further anticipated medical

appointments. Counsel for Defendant is again advised that timely compliance with reporting obligations set by this Court is essential, and will be enforced if necessary; and it is further

ORDERED that the next conference in this case is October 16, 2008, at 12:00 p.m.; and it is further

ORDERED that time is excluded under the Speedy Trial Act through October 16, 2008, on the basis of the Court's finding pursuant to 18 U.S.C. § 3161(h)(8)(A) that the interests of justice served by this continuance outweigh the interests of the public and of Defendant in a speedy trial.

SO ORDERED.

Dated:   September 9, 2008
         White Plains, New York

                                          _____
                                          KENNETH M. KARAS
                                          UNITED STATES DISTRICT JUDGE